```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LAVAR DAVIS, | : | CIVIL ACTION |
| | : | NO. 12-5628 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| SOLID WASTE SERVICES, INC., | : | |
| t/d/b/a J.P. MASCARO & SONS, | : | |
| | : | |
|     Defendant. | : | |
| | : | |
| BENJAMIN GAY, | : | CIVIL ACTION |
| | : | NO. 12-5629 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| SOLID WASTE SERVICES, INC., | : | |
| t/d/b/a J.P. MASCARO & SONS, | : | |
| | : | |
|     Defendant. | : | |
| | : | |
| THOMAS BRUCE JOHNSON, | : | CIVIL ACTION |
| | : | NO. 12-5630 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| SOLID WASTE SERVICES, INC., | : | |
| t/d/b/a J.P. MASCARO & SONS, | : | |
| | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this **25th** day of **March, 2013,** after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 28) addressing several of Defendant's

motions as to Plaintiff Johnson's Complaint (No. 12-5630, ECF No. 1),[1] it is hereby **ORDERED** that:

    1.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

    2.   Defendant's Motion to Dismiss (No. 12-5630, ECF No. 8) is **DENIED**;

    3.   Defendant's Motion to Strike Plaintiff's Answer (No. 12-5630, ECF No. 10) is **DENIED**; and

    4. Plaintiff's Motion to Extend Time for Answer (No. 12-5630, ECF No. 11) is **GRANTED**.

    **AND IT IS SO ORDERED.**

                                             /s/ Eduardo C. Robreno
                                             **EDUARDO C. ROBRENO,      J.**

---

[1] The Court undertakes a <u>de novo</u> review of the portions of the Report and Recommendation to which a party has objected. <u>See</u> 28 U.S.C. § 636(b)(1) (2012); <u>Cont'l Cas. Co. v. Dominick D'Andrea, Inc.</u>, 150 F.3d 245, 250 (3d Cir. 1998). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). But in this instance, neither party submitted objections to Magistrate Judge Rueter's Report and Recommendation.